IN RE: Whitmore, Kenny Wayne;— Plaintiff(s); Applying for Supervisory and/or Remedial Writs; Parish of East Baton Rouge 19th Judicial District Court Div. “B” Number 5-75-8865; to the Court of Appeal, First Circuit, Number KW98 2874
Denied. Untimely and repetitive. See La.C.Cr.P. art. 930.8; State ex rel. Glover v. State, 93-2330 (La.9/5/95), 660 So.2d 1189; State v. Parker, 98-0256 (La.5/8/98), 711 So.2d 694; cf. La.C.Cr.P. art. 930.4(D).
TRAYLOR, J., not on appeal.